DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STANLEY MICHEL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-0616

[July 1, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard Isaac Bober, Judge; L.T. Case No. 062017CF005590A88810.

Daniel Eisinger, Public Defender, and Austin Edwards, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Mary Elizabeth Johnson, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

Affirmed without prejudice to the defendant filing a Florida Rule of Criminal Procedure 3.850 motion alleging ineffective assistance of counsel. We express no opinion as to the merits of the motion.

*Affirmed.*

GROSS, MAY and LEVINE, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***